To: Circuit Court Clerk of
    Dunklin, County

From: Williette Smith #321869
      Missouri Eastern Correctional Center
      18701 Old Highway 66
      Pacific, Missouri  63069

FILED

DUNKLIN COUNTY
CIRCUIT CLERK

To the Circuit Court Clerk,

   I, Williette Smith #321869, am
requesting that I receive the Court
Transcripts, the name of the witnesses
for the state, and copies of the ticket
that pertains to case no. 07DU-CR00901-
01, Driving Under the Influence - Driving
While Intoxicated.  They keep sending me court docket
                     sheets, not transcripts

They wont send me my transcripts and now
they are saying my Petition of Habeas corpus
dont have a claim they can pass me from but
they dont say it aint true, all these is why
I am filing this case in your court to
set some justice.

Williette Smith
Williette Smith #321869

Notary:

Subscribed and sworn before me this ___17th___ day
of ___February___, 2009.
My commission expires ___Sept.___ / __29__ / __2009__.

MARY A. MERSEAL
Notary Public - Notary Seal
State of Missouri - County of Franklin
My Commission Expires Sep. 29, 2009
Commission #05776324

Mary A. Merseal
Notary Public  ✓

## APPLICATION AND AFFIDAVIT FOR PUBLIC DEFENDER SERVICES

Circuit: _____ County: _____ Case Number: _____

Name: _Williette Smith_ _____ Social Security No. _4 9 4 - 6 0 - 3 2 5 3_

Address: _12~~~~~~~~~ 19701 old july 66_ City: _Pacipic_ _____ State: _mo_ Zip: _63068_

Phone number where you can be reached: ( _____ ) _____ - _____ How old are you? _55_ Date of Birth _12_ / _29_ / _53_

What are you charged with? _D.W.I_ _____

How much is your bond? _N/A_ _____ Did you post bond? _N/A_ _____ What type of bond? _N/A_ _____

Source of funds to secure bond: _N/A_ _____ What bond could you post? _N/A_ _____ .

Marital Status:   (check one)   _____ Married   _____ Single   _____ Separated   _____ Widowed   _X_ Divorced

Number of children dependent on you? _Non_ ___ Your spouse's name? _non_ _____

Your children's names and ages? _Kristien mc . miller = Shalinda Hivens_ _____

1. Do you understand that lying on this application constitutes a crime?   _X_ yes   _____ no

2. Are you requesting that a public defender be provided as your lawyer?   _X_ yes   _____ no

3. Do you have a job?   _____ yes   _X_ no   Who do you work for? _no one_ _____
   What do you do? _S.S.I_ _____ How much do you make? _$434.00_ _____ per _month_
   How many hours do you work a week? _now_ _____ If you don't have a job, how long since you last worked? _10 on 15 years_

4. Does your spouse have a job?   _____ yes   _N/A_ no   Where? _N/A_ _____ How much pay? _n/a_ ___ per _N/a_

5. Are you a student?   _____ yes   _X_ no   If you are, who pays your tuition? _no_

6. Do you have cash over $50.00?   _____ yes   _no_ How much do you have? _$7.50 per month_ Where is it? _Iransurt fund_

7. Check all that you receive:   _none_ AFDC   _*_ Food Stamps   _____ Welfare   _____ Unemploy. Comp.   _L_ Soc. Sec.   _____ VA
   How much do you receive? $ _434.00_   $ _____   $ _____   $ _____   $ _____   $ _____

8. Do you have more than $100 in a checking or savings account?   _____ yes   _L_ no   Where? _____

9. Do you own a car?   _____ yes   _L_ no   How many? _____   Year _____   Make/Model _____

10. Do you own a house or land?   _____ yes   _L_ no   Where? _____ Value _____

11. Do you have anything else that is worth anything?   _____ yes   _L_ no   What? _____

12. Do you know where you can get any money to pay part or all of your lawyer's cost?   _____ yes   _L_ no

13. Do you authorize the Public Defender to contact government agencies, credit bureaus, employers, banks, or financial institutions to verify your situation?   _L_ yes   _____ no

14. You understand that, once your case is completed, fees will be charged (see table on next page)?   _X_ yes   _____ no

15. You understand that, if it is determined you are able, you will be required to make deposits toward these fees?   _X_ yes   _____ no

16. Are you less than 18 years old?   _____ yes   _X_ no   **If you are, complete the rest of #16:**
    Father's name: _Lark Smith_ _____ Does he have a job? _____ yes   _X_ no   Where? _N/A_
    Mother's name: _Mamie May Smith_ ___ Does she have a job? _____ yes   _X_ no   Where? _N/A_
    Who do you live with? _no one_ _____ What relation to this person? _non_

17. Have you ever been or are you being represented by any other lawyers?   _____ yes   _L_ no   Who are they and when did they represent you? _N/A_

18. You must date and sign this form and return it to the court or public defender.

**APPLICANTS SIGN HERE _Williatte Smith_ _____ Date _3-31-09_

_____ appeared before me and swears that he/she signed this

application/affidavit as his/her free act and deed and that the information on this application/affidavit is true.

Date _3-31-09_   Defender/Witness Signature _____

**FOR PUBLIC DEFENDER USE ONLY:**

Date: _____ Charge: _____ Indigent: _____ Not Indigent: _____ Comment: _____

MO 151-0226 (2-05)

# IN THE CIRCUIT COURT, COUNTY OF DUNKLIN

## DIVISION I

### STATE OF MISSOURI

### VS.

### WILLIETTE SMITH

No.**07DU-CR00901-01**                                          **March 6, 2009**

## ORDER

Defendant in above case has filed a document titled "Petition for Habeas Corpus". The petition fails to state a claim for which relief may be granted under Missouri law and the court is therefore without jurisdiction to entertain or conduct an proceedings in connection with said petition.

Defendant's petition is ordered dismissed.

STEPHEN R. SHARP, CIRCUIT JUDGE

pc:     Stephen P. Sokoloff, Prosecuting Attorney
        Williette Smith, Defendant (#321869, Missouri Eastern Correctional Center,
        18701 Old Highway 66. Pacific, MO 63069)

~~these are the~~  These are the claims they are talking about.

Dleprasess
Double Joprele
and Ineffective Assistance of counsel
Intehotle Withalding #elordenice