RECEIVED BY MAIL
APR 06 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Willette Smith )
)
321869 #4B#12 )
)
_____ )
(Enter above the full name of the )
Plaintiff(s) in this action. Include prison )
registration number(s).) )
)
v. )
)
Dunklin county court= )   Case No. _____
)   (To be assigned by Clerk)
Judge= Stephen R. Sharp = County Judge )   Jury trial Demanded
)
Malden municiple court )
Phillip Bartie = Judge, Debbie Brown = )
court clerk = Sanda Pierce = police officer )
Frankie Hoines = officer = )
Malden police officer. )
(Enter above the full name of ALL Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I.  PLACE OF PRESENT CONFINEMENT:

Missouri Eastern correctional center

II. PREVIOUS CIVIL ACTIONS:

A.  Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [X]     NO [ ]

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff(s): ~~Dunklin county court~~

   Williette Smith 321969

   Defendant(s): Dunklin county court

   Judge = Stephen R Sharp

2. Court where filed: Dunklin county court

3. Docket or case number: 070U-CROO 901-01

4. Name of Judge: Stephen Sharp

5. Basic claim made: I am claiming I had been charged for thes charge in the city of molden mo then the county picked it up and gave me 6ᵃ.

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): I am steel trying to get something done.

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES [✗]     NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

   YES [ ]     NO [ ] It has nothing to do with inside the institution.

-2-

C. If your answer to "B" is YES, what steps did you take: *From #40 and a Petition for Habeus corpus and was denied and they wont send me the court transcripts.*

D. If your answer to "B" is NO, explain why you have not used the grievance system: *It has nothing to do with a grievance system inside! It is for the court I came from.*

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

1. Name of Plaintiff: *Williette Smith*
2. Plaintiff's address: *#1 18701 old Huy 66 Pacific, Mo. 63069-9799*
3. Registration number: *321869*
4. Additional Plaintiff(s) and address(es): _____

B. Defendant(s)

1. Name of Defendant: *Dunklin County Courts Stephen R Sharp*
2. Defendant's address: *P.O. Box 567 Kennett, Missouri 63857-0567*
3. Defendant's employer and job title: *State Judge*
4. Additional Defendant(s) and address(es): *Prosecuting Attorney Stephen P. Sokoloff = (28203) P.O. Box 567 = Kennett, Missouri 63857-0567*

-3-

V.  COUNSEL

   A.  Do you have an attorney to represent you in this action?

   YES [ ]          NO [X]

   B.  If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

   YES [X]          NO [ ]

   C.  If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

   I called a couple of attorney but they I did not get a chance to talk to them there secentary tould me. I needed a down payment.

   D.  If your answer to "B" is NO, explain why you have not made such efforts:

   I had no money.

   E.  Have you previously been represented by counsel in a civil action in this Court?

   YES [ ]          NO [X]

   F.  If your answer to "E" is YES, state the attorney's name and address:

   N/A

-4-

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

1. Dunklin County court = Sentenced me to 6* in the correctional center for a case I was allready on probation for in the city of molden mo. ② Judge Stephen R. Sharp was the Judge that sentenced me to 6* for the same charges I had be charged for in the city. ③ Philip Santie = was the Judge that sentenced me in the city of molden mo. ④ Debbie Brown = City Clerk = She is the one who tooked car of billing and payments. ⑤ Linda Pierce = the officer that noise about my case and the one that went to talk to the Judge for me. ⑥ Frankie Hoines = officer that sought the tickets and the one that the county sayes was a witness for the state but never came to court he was let go befor I went to court. ⑦ Paula S. Gargus. county clerk = She was the one that handule all the pupper work on my case.

(Over)

-5-

From (5)

(5)

(1) Dunklin county Judge = Stephen R Sharp convicted me with out anyone to testafi or say or prove there case agenst me all they had was a Probable cause Affidavit nothing alse.

(2) Judge Phillip Santie of the molden city court demure that I subpena a very Want to court on these teckets I am in preson on but I got prufe I was paying fines on the teckets I am in preson on.

(3) My Attorney - Charles Thith did not tell me envthing about what the court had agentest me but the tecketes is on my file which I now was thear nothing alse so that is "Ineffective Assistence of counsel to me" I should have been tould they had nothing but a Probable cause Affidavit," befor I pleded guilty.

(4) I have not got my court transchupis yet and they denied my from 40" as out of time" I gues so becose I have sent for them 2" times but have not receved them as of now" 3-27-09

Pag 6 Relief" I wont them to also clene up all the stuff they have put in my file and pay for all the thengs I have lost sence I been in preson. These is what I wont to tack from the case.

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I want the county court to tack back the 6th and grant me relief of the amount of $360,000 and make them clean up my record at lest all the crape they have put into it. that is all it is and if I can get it back into court I can pruve it.

VIII. MONEY DAMAGES:

A) Do you claim either <u>actual</u> or <u>punitive</u> <u>monetary</u> <u>damages</u> for the acts alleged in this complaint?

YES ☒   NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$360,000 for noning they are suing and not doing enai thing about it even after I have setting them about it. so there is the only way I can get them to do sonthing about it.

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES ☒   NO [ ]

_Williette Smith_   3-31-09
Signature of attorney or pro se Plaintiff(s)   Date

-6-